1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SCOTT JOHNSON,                              No.  2:14-cv-1197 MCE DAD

12                  Plaintiff,

13          v.                                    ORDER

14   GURPREET DHATT, et al.,

15                  Defendants.

16

17          On October 10, 2014, this matter came before the undersigned for hearing of plaintiff's

18   motion for default judgment.  Attorney Dennis Price appeared telephonically on behalf of the

19   plaintiff.  No appearance was made by, or on behalf of, any defendant.

20          At the October 10, 2014 hearing, the court noted that plaintiff's motion for default

21   judgment had not been served on either of the individual defendants.  Accordingly, the court

22   continued the hearing of plaintiff's motion to November 17, 2014, so that plaintiff could have the

23   opportunity to serve the individual defendants with a copy of the motion for default judgment.[1]

24   However, it has come to the court's attention that plaintiff has not yet served the individual

25   defendants with a copy of the motion for default judgment.

26

27   [1]  The court also granted plaintiff until October 31, 2014, to file a supplemental declaration in
     support of plaintiff's request for attorney's fees.  Plaintiff, however, did not file a supplemental
28   declaration.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The hearing of plaintiff's motion for default judgment is continued to **Friday,**

3    **December 19, 2014, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento,

4    California, in Courtroom No. 27, before the undersigned.

5    2.  Any party may appear at the December 19, 2014 hearing telephonically if the party

6    pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned

7    magistrate judge, at (916) 930-4128, no later than 48 hours before the hearing; a land line

8    telephone number must be provided.

9    3.  Plaintiff shall serve a copy of this order along with a copy of plaintiff's motion for

10   default judgment on the defendants.  Plaintiff shall file proof of service on the defendants with the

11   court on or before December 5, 2014.

12   Dated:  November 12, 2014

13

14   _____

     DALE A. DROZD

15   UNITED STATES MAGISTRATE JUDGE

     DAD:6

16   Ddad1\orders.civil\johnson1197.cont.hrg.ord.docx

17

18

19

20

21

22

23

24

25

26

27

28